1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JUAN PABLO PANIAGUA,              )        NO. CV 16-3513-E
                                     )
12              Plaintiff,           )
                                     )
13      v.                           )        **ORDER ACCEPTING FINDINGS,**
                                     )
14 CAROLYN W. COLVIN, ACTING         )        **CONCLUSIONS AND RECOMMENDATIONS**
   COMMISSIONER OF SOCIAL            )
15 SECURITY,                         )        **OF UNITED STATES MAGISTRATE JUDGE**
                                     )
16              Defendant.           )
   _____)

17

18      Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has

19 reviewed the pleadings and other papers herein along with the attached

20 Report and Recommendation of United States Magistrate Judge.

21 Further, the Court has engaged in a de novo review of those portions

22 of the Report and Recommendation to which any objections have been

23 made.  The Court accepts and adopts the Magistrate Judge's Report and

24 Recommendation.

25

26      IT IS ORDERED that: (1) the decision of the Social Security

27 Administration is reversed in part; and (2) the matter is remanded for

28 further administrative action consistent with the Report and

1  Recommendation.

2

3      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy

4  of this Order, the Magistrate Judge's Report and Recommendation and

5  the Judgment on Plaintiff, counsel for Plaintiff and the United States

6  Attorney for the Central District of California.

7

8          DATED: February 13, 2017.

9

10

11                                    /s/
                              CHARLES F. EICK
12                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28